# ATTACHMENT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

**APR 2 6 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,

v.

RIVES MILLER GROGAN,

Defendant.

: Magistrate Case No. 19-45 (GMH/RMM)

## ORDER MODIFYING CONDITIONS OF RELEASE

On March 28, 2019, the Court held a status hearing ("Status Hearing") for the Defendant Rives Grogan ("Mr. Grogan"). By Order dated March 1, 2019, the Court had set conditions of pretrial release for Mr. Grogan. *See* Order Setting Conditions of Release ("Release Order"), ECF No. 4. These conditions included a requirement to: "Stay away from area bounded by and including: 2nd St. NE, 1st St. NE, Constitution Ave., and the Supreme Court Building, [as reflected by] the boundaries on the map." Release Order at 2. At the Status Hearing, Mr. Grogan requested that the stay away map be modified to allow him to traverse the above-listed streets by vehicle. The Government did not object to Mr. Grogan's request. Thus, upon consideration of the representation of the parties and the record in this matter, it is hereby

ORDERED that the Defendant's request to modify the conditions of his release is GRANTED; and, it is further

ORDERED that the "Stay Away Order Map" attached to this Court's Release order is MODIFIED to permit Mr. Grogan to travel by vehicle on the following roads:

- Constitution Avenue NE
- 2nd Street NE
- East Capitol Street NE

- 1st Street NE

The Court makes clear, however, that this modification does not constitute authorization for congregating, protesting, or demonstrating on those thoroughfares. Further, Mr. Grogan's other conditions, including a stay away order from the Supreme Court itself, remain in effect.

**SO ORDERED.**

Dated: April 3, 2019

2019.04.03
18:33:17 -04'00'

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

2

Case 1:19-mj-00045-RMM   Document 7-1   Filed 04/26/19   Page 1 of 1



Mr. Grogan is permitted to travel by vehicle on:
- 2nd Street NE
- East Capitol Street NE
- 1st Street NE
- Constitution Ave. NE

Attachment
19-0454H-01

FILED
APR 2 6 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# ATTACHMENT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 6 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,

v.

RIVES MILLER GROGAN,

Defendant.

: Magistrate Case No. 19-45 (GMH/RMM)

## ORDER MODIFYING CONDITIONS OF RELEASE

On March 28, 2019, the Court held a status hearing ("Status Hearing") for the Defendant Rives Grogan ("Mr. Grogan"). By Order dated March 1, 2019, the Court had set conditions of pretrial release for Mr. Grogan. *See* Order Setting Conditions of Release ("Release Order"), ECF No. 4. These conditions included a requirement to: "Stay away from area bounded by and including: 2nd St. NE, 1st St. NE, Constitution Ave., and the Supreme Court Building, [as reflected by] the boundaries on the map." Release Order at 2. At the Status Hearing, Mr. Grogan requested that the stay away map be modified to allow him to traverse the above-listed streets by vehicle. The Government did not object to Mr. Grogan's request. Thus, upon consideration of the representation of the parties and the record in this matter, it is hereby

ORDERED that the Defendant's request to modify the conditions of his release is GRANTED; and, it is further

ORDERED that the "Stay Away Order Map" attached to this Court's Release order is MODIFIED to permit Mr. Grogan to travel by vehicle on the following roads:

- Constitution Avenue NE
- 2nd Street NE
- East Capitol Street NE

- 1st Street NE

The Court makes clear, however, that this modification does not constitute authorization for congregating, protesting, or demonstrating on those thoroughfares. Further, Mr. Grogan's other conditions, including a stay away order from the Supreme Court itself, remain in effect.

**SO ORDERED.**

Dated: April 3, 2019

2019.04.03
18:33:17 -04'00'

ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE

2

Case 1:19-mj-00045-RMM   Document 7-1   Filed 04/26/19   Page 1 of 1

